UNITED STATES DISTRICT COURT for the
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JEREMIAH SULLIVAN, in his fiduciary capacity as a Trustee :
for the POINTERS, CLEANERS & CAULKERS WELFARE, :
PENSION & ANNUITY FUNDS, the BRICKLAYERS JOINT :
APPRENTICE TRAINING FUND, the LABOR : **NOTICE OF**
MANAGEMENT RELATIONS FUND, and the PROMOTION : **VOLUNTARY**
FUND, and as President of the BRICKLAYERS AND ALLIED : **DISMISSAL PURSUANT**
CRAFTWORKERS LOCAL UNION NO. 1, B.A.C.I.U., : **TO F.R.C.P. 41(a)(1)(A)(i)**
AFL-CIO, and the TRUSTEES of the BRICKLAYERS AND :
TROWEL TRADES INTERNATIONAL PENSION FUND and :
the INTERNATIONAL MASONRY INSTITUTE, :
: 12-CV-2089
　　　　　　　　　　　Plaintiffs, :
: (Kuntz, J.)
　-against- : (Gold, M.J.)
:
M&S GENERAL CONSTRUCTION, MICHAEL VALLETTA, :
TNS MANAGEMENT SERVICES, INC., RLI INSURANCE :
CO., and JOHN and/or JANE DOE FIDUCIARY, :
:
　　　　　　　　　　　Defendants. :
-----------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant TNS Management Services, Inc.

Dated: New York, New York
　　　　July 5, 2012

　　　　　　　　　　　　　　　　　　　　　　　　**HOLM & O'HARA LLP**
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*
　　　　　　　　　　　　　　　　　　　　　　　　3 West 35th Street
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　　　　　　　　　(212) 682-2280

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/Carol G. Dell
　　　　　　　　　　　　　　　　　　　　　　　　Carol G. Dell (CG-7895)

L:\VFO\PCC\4067.157-M&S General Construction\Settlement\Notice of Dismissal TNS.doc